FA:SD:ec
CV5-111.wpd

FILED
U.S. DISTRICT COURT, E.D.N.Y.
IN CLERK'S OFFICE
LONG ISLAND COURTHOUSE

★ JUN 22 2005 ★

ENTERED

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------- X

FABIO GONZALEZ-CASTENADA,

                Petitioner,

- against -

DOJ et al.,

                Respondents.

---------------- X

ORDER

Civil Action
No. CV-04-4420

(Feuerstein, J.)

WHEREAS, Petitioner Fabio Gonzalez-Castenada filed, on or about October 13, 2004, a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, that challenges the lawfulness of his removal order, to wit: the decision of the Immigration, dated October 26, 2004, ordering him removed;

WHEREAS, section 106(c) of the REAL ID Act of 2005 ("RIDA"), Pub. L. No. 109-13, Div. B, 119 Stat. 231 (May 11, 2005), provides that a pending case brought pursuant to 28 U.S.C. § 2241 that challenges a final administrative order of removal shall be transferred to the court of appeals for the circuit in which a petition for review could have been properly filed pursuant to section 242 of the Immigration and Nationality Act of 1952, as amended ("INA"), 8 U.S.C. § 1252, as amended by RIDA § 106;

WHEREAS, pursuant to INA § 242(b)(2), 8 U.S.C. § 1252(b)(2), the appropriate judicial circuit is the one in which the

immigration judge completed proceedings, and the Petitioner's proceedings were completed in York, Pennsylvania;

IT IS HEREBY ORDERED as follows:

(1) This case is hereby transferred in its entirety, pursuant to § 106(c) of RIDA, to the United States Court of Appeals for the Third Circuit;

(2) The Petitioner's removal from the United States is stayed pending further order from the Court of Appeals;

(3) Nothing in this order shall be construed as limiting any defenses, including jurisdictional defenses, available to the Government.

SO ORDERED:

Dated: Central Islip, New York
June 22, 2005

HONORABLE SANDRA J. FEUERSTEIN
United States District Judge